FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**FEB 2 2 2013**

CENTRAL DISTRICT OF CALIFORNIA
BY ___shy___   DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMES FLANAGAN, | Case No. CV 12-03410 DOC (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| BRENDA CASH, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: February 19, 2013

_David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**FEB 2 2 2013**

CENTRAL DISTRICT OF CALIFORNIA
BY ___chy___   DEPUTY